UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA Division

## CIVIL RIGHTS COMPLAINT FORM

LEE ROY WALKER III
PLAINTIFF
(PRO-SE)

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 8:22 cv 333 KKM-AEP
(To be supplied by Clerk's Office)

v.

PASCO COUNTY, FLORIDA
(IN OFFICIAL CAPACITY)

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: 20101 CENTRAL BLVD
   (Indicate the name and location)
   LAND O LAKES, FLORIDA 34637

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

COMPLAINT CONCERNS EVENTS IN PASCO COUNTY JAIL FACILITY

DC 225 (Rev. 9/03)                                    1

filing fee is paid.

[**SPECIAL NOTE:** To begin the <u>in forma pauperis</u> process, you must first execute the attached Affidavit of Indigency, setting forth information that establishes your financial status. You are required to answer every question on the Affidavit, have it properly notarized, and ensure that an authorized official at the institution completes the Affidavit Certificate. <u>You must also provide the court with a certified copy of your prison account statement containing all transactions in your prisoner account for the six (6) months preceding the filing of the complaint</u>].

[**SPECIAL NOTE:** Notwithstanding the above, the party or parties seeking leave to proceed <u>in forma pauperis</u> may be required to pay, as a condition to allowing the case to proceed <u>in forma pauperis</u>, a stated portion of the Clerk's and/or Marshal's fees.]

(10) In forma pauperis status does not entitle you to free copies of pleadings, motions, orders, or docket reports. The cost is 50 cents per page.

(11) After completing the Complaint and Affidavit of Indigency, <u>mail the original Complaint, and one copy of the Complaint for each named defendant, along with the original Affidavit(s) of Indigency, to the **Clerk's Office using the address in number 7 above.**</u> All copies of the Complaint must be identical to the original. You should also retain one copy of the complaint and all future pleadings and motions filed with the court for your personal records.

(12) You must immediately advise the Court of any change of address and entitle the document "Notice to the Court of Change of Address." This notice shall contain the address change and the effective date. **<u>FAILURE TO DO SO COULD RESULT IN THE DISMISSAL OF YOUR ACTION.</u>**

(13) **<u>The Complaint and the Affidavit of Indigency or the filing fee should be submitted together. Further, after receiving notice from the Clerk's Office of your case number, you must include the case number on all checks submitted for payment of filing fees and on all filings.</u>**

(14) Parties should not correspond with the Court in letter form. Instead, the parties should file a pleading or motion with a title that briefly summarizes the content of the pleading or motion. Any correspondence addressed directly to a District Judge or Magistrate Judge will be stricken and returned.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.  **Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22** (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes (X) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form. ✻ SEE ATTACHMENT

B.  Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                              2

1. Did you submit an informal grievance (Form DC3-005)? Yes (X) No ( )

YES, ON 2/5/22 AT 7:44PM, ELECTRONIC REQUEST # 162826042

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. **Formal Grievance** (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form. ※ ATTACHED

3. Did you submit a formal grievance (Form DC1-303)? Yes (X) No ( )
   ※ DC1-303 FORM ATTACHED

4. If so, you must attach a copy of the grievance and response to this Complaint form.
   — SEE ATTACHED —

D. **Appeal to the Office of the Secretary** (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (X)   — NOT NEEDED —

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___7___ day of __FEBRUARY__, 2 _022_.

_Lee Roy Walker III_
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (X) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? SPOKE TO STAFF, SUBMITTED AN INFORMAL GRIEVANCE TO SHIFT SUPERVISOR 2/5/22

2. What were the results? NO RESPONSE TO GRIEVANCE # 1628826042 ON 2/5/22 AT 7:44 PM

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. ✱ SEE ATTACHED ✱

D. If your answer is NO, explain why not: ___

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___7___ day of ___FEBRUARY___, 2 0 2 2.

_____
(Signature of Plaintiff)

IV. <u>PREVIOUS LAWSUITS</u>:

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): __NONE__

      Defendant(s): __NONE__

   2. Court (if federal court, name the district; if state court, name the county):
      __NONE__

   3. Docket Number: __N/A__

   4. Name of judge: __N/A__

   5. Briefly describe the facts and basis of the lawsuit: __N/A__

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      __N/A__

   7. Approximate filing date: ____

   8. Approximate disposition date: ____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                    5

NO MALICIOUS OR PREVIOUSLY
FICTITIOUS, FRIVILOUS, MALICIOUS
LAWSUITS FILED EVER

V. **PARTIES**: In part A of this section, indicate your **full name** in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: LEE ROY WALKER III

   Mailing address: 20101 CENTRAL BOULEVARD
   LAND O LAKES, FL 34637

B. Additional Plaintiffs: NONE
   N/A
   NOT APPLICABLE

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: PASCO COUNTY, FLORIDA

   Mailing Address: (UNKNOWN), PASCO COUNTY OR
   20101 CENTRAL BLVD, LAND O LAKES, 34637

   Position: COUNTY OF PASCO, FL

   Employed at: FLORIDA

D. Defendant: N/A

   Mailing Address: NOT APPLICABLE
   NONE

   Position:

   Employed at:

E. Defendant: _____

   Mailing Address: ~~NOT APPLY~~

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: ~~NOT APPLY~~

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: ~~NOT APPLY~~

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

1) VIOLATION OF STATE OF FLORIDA DEPT OF ENVIRONMENTAL PROTECTION § 1983

2) NEGLIGENCE IN CLEANING/REMOVAL RESULTING IN HARM OR FUTURE HARM UNDER § 1983

3) NEGLIGENCE PLACING HEALTH/FUTURE HEALTH IN HARMS WAY § 1983

3 CLAIMS VIOLATE MY 14TH CONSTITUTIONAL AMENDMENT, AS WELL AS MY 1st, 8th, AND FL. CONS. ARTICLE 1 § 9

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

FLORIDAS 'DOEP' PROHIBITS AIR POLLUTION HARMFUL TO HUMANS. PCSO STAFF SHALL ENSURE THE PROVISION OF A CLEAN, SAFE PHYSICAL ENVIRONMENT. FLORIDAS 'DOEP' PREVENTS POLLUTING DISCHARGES UNDER FL. STATUTES. THE FEDERAL CLEAN AIR ACT WAS ENACTED TO PROTECT AND ENHANCE AIR QUALITY. FLORIDA STATUTES MAKE IT UNLAWFUL FOR PERSONS TO VIOLATE ANY LAWFUL RULE OF REGULATION OF FL. 'DOEP'. LOCATED INSIDE PASCO COUNTY JAILS ALPHA, BRAVO, AND DELTA DORMS HOUSING AREAS IN THE TV DAYROOM, LIES (IN A1,2,3,4,5,6)(IN B1,2,3,4,5,6)(IN D1,2,3,4,5,6) A SUSPENDED GEOTEXTILE WALLBOARD

Statement of Facts, continued:

CONSISTING OF PARALLEL SETS OF POROUS METAL RIBS, OVER A GYPSUM TYPE (BIOMASS MATERIAL) USED AS PART OF A SYSTEM DESIGNED TO ACT AS A FILTER, OR SERVE AS AN AIR CUSION AND SOUND DEADENING INSTALLATION. THIS IS A STRUCTURE CONNECTED TO THE 'PCSO' WALLS AND IT MEASURES APPROXIMATLEY 27ft x 11ft AND EQUALLING 350 SQ FT OF UNCLEAN HEALTH RISKS. PCSO IS NOT RESPONSIBLE OR LIABLE BY ANY HARM, RISKS (COVID19) CONTAMINATED INSTALLATION POSES TO MY HEALTH/FUTURE HEALTH, SINCE THEY SUBCONTRACT WORKERS FROM PASCO COUNTY, FLORIDA, ALSO FROM MAINTENANCE WORKERS FROM PASCO COUNTY, FL, MAKING MY CIVIL CLAIM AND COMPLAINT, ALONG WITH DAMAGES, SOLELY AGAINST PASCO COUNTY, FLORIDA, MAKING THEM ENTIRELY LIABLE AND RESPONSIBLE THROUGH THEIR NEGLIGENCE IN THE CLEANING AND/OR REMOVAL OF SUCH WALLBOARD WHICH HAS CAUSED ME CONSTANT DEBILITATING HEADACHES, NAUSEA, SHORTNESS OF BREATH ALONG WITH EXTREME FATIGUE, AGAINST THE BACKDROP OF A WORLDWIDE PANDEMIC THAT COVID19/DELTA VARIETY PRESENTS. 8TH CONSTITUTIONAL AMENDMENT PRESCRIBES AGAINST MY BEING CRUEL AND UNUSUALLY PUNISHED, AS PASCO COUNTY, FL VIOLATED MY RIGHT TO THIS PRESCRIPTION, ALSO MY 1st AND 14th AMENDMENT AND FL CONSTITUTORY ARTICLE 1 § 9, PLEASE SEE ATTACHMENTS FOR COPIES OF INFORMAL AND FORMAL GRIEVANCES THAT ARE ACCOMPANIED TO THIS CASE AND THIS SITUATION/EVENT. TY

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

AS TO CLAIM – (PUNITIVE DAMAGES) FROM VI

1) EMOTIONAL DISTRESS 75,000.00   MENTAL 75,000.00
2) EMOTIONAL DISTRESS 75,000.00   MENTAL 75,000.00
3) EMOTIONAL DISTRESS 75,000.00   MENTAL 75,000.00

225,000.00   $ 225,000.00

TOTAL = 450,000.00

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __7__ day of __FEBRUARY__, 2022.

_Lee Roy Walker III_
LEE ROY WALKER III
(PLAINTIFF)
(PRO-SE)
(Signatures of all Plaintiffs)